**WO**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br> v.<br>Leo A. Hoad,<br><br>   Defendant. | 03-3102-M<br><br>**ORDER** |

Upon Motion of the United States and good cause appearing,

IT IS ORDERED that this case is hereby dismissed without prejudice.

DATED this 19th day of July, 2006.

*(signature)*
Lawrence O. Anderson
United States Magistrate Judge